IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MOHAMMED KHALIL GHALI, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 3:10-CV-1751-M (BF) |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) |

### ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DENYING PETITIONER'S MOTION TO SUPPLEMENT THE RECORD

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney, and Petitioner's Motion to Supplement the Record. The latter motion is DENIED. Petitioner was obligated to present his evidence at the hearing, and waived his right to do so.

The Court has considered *de novo* the issues raised in Petitioner's Objections to the Magistrate Judge's Findings, Conclusions, and Recommendation (doc. 27) filed April 4, 2011. Petitioner was not listed in any record as the owner of the forfeited property and did not assert an ownership interest in them before the administrative forfeitures occurred. Therefore, the Court need not make an analysis about whether Petitioner received due process in connection with the forfeiture. Only the alleged owner or a person claiming a property interest is entitled to notice during the forfeiture proceedings. Petitioner was neither. Additionally, the record evidence is that the Respondent does not possess the property. The Court therefore finds the objections without merit and they are OVERRULED.

For these reasons, Petitioner's Petition for Return of Seized Property is hereby DENIED.

**SO ORDERED** this 11th day of April, 2011.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS